Raymond DECKERT, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 85SC183.

Supreme Court of Colorado, En Banc.

Oct. 15, 1985.

NEIGHBORS and KIRSHBAUM, JJ., would grant as to the following issue:

Whether the Arapahoe County trial court erroneously failed to dismiss the charges against petitioner where he presented evidence he was not advised of his rights under the Uniform Mandatory Disposition of Detainers Act.